# Givens, et al. v. The State.

## *Indictment for Robbery.*

1. *Severance in criminal cases; when demand for, is too late.*—Under the rule of practice adopted June 21st, 1889 (86 Ala. VIII.), persons jointly indicted for a capital offense are not entitled to a severance, as a matter of right, when the demand for a severance was made after arraignment and plea, and after a day had been set for the trial, and an order had been made for the summoning of a special venire for the trial of the cause.

APPEAL from the Circuit Court of Baldwin.

Tried before the Hon. WM. S. ANDERSON.

The appellants, Andrew Givens and John Parker, were indicted, tried, and convicted of the offense of robbery. The bill of exceptions recites: "The defendant Andrew

[Henderson v. The State.]

Givens moved the court to grant him a severance, and allow him to be tried separate and apart from John Parker; which motion was not made until after the prisoners were arraigned, and both pleaded not guilty to said indictment, and after the court had set a day for the trial of the case, and made an order to summon a special venire, and after said venire had been summoned; but was made on the day set for the trial, and before any witnesses had been introduced by the State; which said motion the court refused to grant; to which ruling the defendant Andrew Givens then and there duly excepted."

Wm. C. Fitts, Attorney-General, for the State.

COLEMAN, J.—There is but one question in the case which requires notice. The defendants were jointly indicted for a capital offense. After their arraignment, and after they had respectively pleaded to the indictment, and after a day had been set for the trial, and an order had been made for the summoning of a special venire for the trial of the cause, the defendants demanded, as a matter of right, a severance of the trial, which demand the court denied and overruled. By a rule of practice adopted by this court June 21st,1889, published in 86 Ala. p. VIII, the trial court properly denied and overruled the motion for a severance. The other exceptions are frivolous.

The judgment of the trial court is full, and in all respects correct, and must be affirmed.

Affirmed.